UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MALIBU MEDIA LLC,

      Plaintiff,

                                          Case Number 13-14038
v.                                          Honorable David M. Lawson

JOHN DOE subscriber assigned IP
address 98.250.79.56,

      Defendant.
_____/

## ORDER DENYING MOTION FOR LEAVE TO SERVE A
## THIRD-PARTY SUBPOENA PRIOR TO A RULE 26(F) CONFERENCE

This matter is before the Court on plaintiff Malibu Media's motion for leave to serve a subpoena seeking the name and contact information of the John Doe defendant named in the complaint. However, the plaintiff's motion and its supporting briefs and exhibits fail to identify the internet service provider that would be the subject of the plaintiff's requested discovery. The Court therefore will deny the motion.

Accordingly, it is **ORDERED** that the plaintiff's motion for leave to serve third-party subpoena [dkt. #2] is **DENIED** without prejudice.

                                                s/David M. Lawson
                                                DAVID M. LAWSON
                                                United States District Judge

Dated:   October 3, 2013

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on October 3, 2013.

                                        s/Shawntel Jackson
                                        SHAWNTEL JACKSON